Full opinion will be published later. Watch **Omnibus Index.**

### BOGEN v CLEMMER et

Ohio Supreme Court

No 23320.  Decided April 6, 1932

### STATE ex ARACA v INDUSTRIAL COMMISSION

Ohio Supreme Court

No 23408.  Decided April 6, 1932

Marshall, CJ, Day, Allen and Kinkade, JJ, concur, Jones and Matthias, JJ, not participating.

Full opinion will be published later. Watch **Omnibus Index.**